FILED
4/7/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TIMOTHY HOLMES | No. 26 CR 106<br>Judge Virginia M. Kendall<br>Magistrate Judge Albert Berry, III<br>RANDOM / Cat. 5<br><br>Violation: Title 18, United States Code, Section 875(c)<br>**UNDER SEAL** |

The SPECIAL NOVEMBER 2025 GRAND JURY charges:

1. At times material to this indictment:

a. Timothy HOLMES operated an X account, with a handle of "@MapleStCapital" and a display name of "[American flag emoji]END The Fed".

b. HOLMES used the account to make posts regarding the Jewish community and Israel. On or about March 1, 2026, for example, he posted "The jew will be destroyed and discarded", "From the river to the sea every Jew will die", "You inbred people will all die", and "Die Jew".

2. On or about March 3, 2026, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

TIMOTHY HOLMES,

defendant herein, knowingly transmitted in interstate commerce a communication containing a threat to injure the person of another, namely, a post on X in which he wrote, in response to a post from "@Israel", "I'm going to shoot up a synagogue", and defendant transmitted the communication for the purpose of making a threat, knowing that the communication would be viewed as a threat, and recklessly

disregarding a substantial risk that others would regard the communication as a threat;

In violation of Title 18, United States Code, Section 875(c).

A TRUE BILL:

______________________________
FOREPERSON

______________________________
UNITED STATES ATTORNEY